# Exhibit A

1/16/2024

Dear Judge Clark,

My name is Donna O'Shei. I am Kyle's mother.

When Kyle was 5 years old I left him and his brothers. I left them with their father. I had to leave because his father was physically, verbally and emotionally abusive to me. At one point I had to get a restraining order. At the time I left I had 2 black eyes. He would beat me in front of my kids and also throw things at me. He would throw things at me because he was disabled and couldn't run. Once he threw a ceramic bowl at me and it broke. My middle son stepped on a piece of the broken bowl and I had to take him to the emergency room.

His dad would also yell at me a lot. He would call me a "dumb pollock" and say I was "no good". He also yelled at the kids. When I would work he would want my money to get more medicine. He was on Vicodin until he became immune to that and then he was on methadone.

Now I wish I wouldn't have left him like that with his dad. I don't know what happened when he was there with his dad after I left.

When I was able to I went to get Kyle and brought him to Florida to live with me. Kyle was always in special classes and slower than the other kids. He never liked change.

I love Kyle, he's my son. He did not have an easy life. I will continue to support him however I can. I would like the best for Kyle, including any treatment.

*This letter was dictated over the phone by Donna O'Shei and typed by Federal Public Defender Mitigation Specialist, Amy Skrien.*

*The letter was read back to Ms. O'Shei for accuracy.*