# Exhibit N

(8/05)

# FORT ZUMWALT SCHOOL DISTRICT

## EDUCATIONAL STAFFING

DATE OF STAFFING: 5-10-10   DISABILITY: Intellectual Disability

A. STUDENT NAME: Kyle Bray   D.O.B.: ███

SCHOOL: East High   GRADE: 12

B. SUMMARY:
A meeting is being held to review results of a Supported Employment Assessment completed by MERS/MO Goodwill contracted by MO Vocational Rehabilitation. It was noted that Kyle was quiet on the work sites and required extra instruction to learn tasks. Quality of work tended to drop off if the evaluator was not next to him. Work pace tends to be slow. Kyle reports wanting to start looking for a job as soon as possible. Kyle reports relying on his mother for transportation but reports wanting to get his driver's license.

C. FUTURE CONSIDERATIONS

1.
2.
3.
4.

D. PARTICIPANTS: (Name and Role):
Kyle Bray - Student
Mrs. Bray - Parent
Corrie Sheahan-Rossley - MERS - Assessment Specialist
Karen Blessman - VRF
Kim Gee - Voc. Rehab
Rhonda Polso - LEA/Ed Diag